**BEFORE THE
UNITED STATES JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION**

| | |
|---|---|
| IN RE BRANDYWINE § <br> COMMUNICATIONS § <br> TECHNOLOGIES, LLC § <br> PATENT LITIGATION § | MDL No. 2462 |

**PLAINTIFF BRANDYWINE COMMUNICATIONS TECHNOLOGIES, LLC'S
NOTICE OF TERMINATION OF CERTAIN ACTIONS**

Pursuant to United States Judicial Panel on Multidistrict Litigation Rule 6.1(f), Plaintiff Brandywine Communications Technologies, LLC ("Brandywine") notifies the Court and all parties that the following actions are no longer pending in their transferor district courts:

1. *Brandywine Commc'ns Techs., LLC v. Coastal Web Online Corp.*,
   No. 2:12-cv-11016 (C.D. Cal.) (MDL No. CAC/2:12-cv-11016)

2. *Brandywine Commc'ns Techs., LLC v. CDS Wireless Inc.*,
   No. 2:12-cv-11029 (C.D. Cal.) (MDL No. CAC/2:12-cv-11029)

3. *Brandywine Commc'ns Techs., LLC v. MBO Data, LLC*,
   No. 4:13-cv-45 (N.D. Okla.) (MDL No. OKN/4:13-cv-00045)

4. *Brandywine Commc'ns Techs., LLC v. Nextgen Internet Sys., Inc.*,
   No. 3:12-cv-2338 (D. Or.) (MDL No. OR/3:12-cv-02338)

A Revised Schedule of Actions was attached as Exhibit M to Brandywine's Reply in Support of Plaintiff Brandywine Communications Technologies, LLC's Motion to Transfer to the Middle District of Florida Pursuant to 28 U.S.C. § 1407 for Coordinated or Consolidated Pretrial Proceedings, filed June 14, 2013 (Dkt. No. 77), and is also attached hereto as Exhibit A.

Respectfully submitted,

Dated: June 17, 2013         /s/ Lei Sun
                             Lei Sun
                             Cal. Bar No. 251304
                             lsun@farneydaniels.com

1

FARNEY DANIELS PC
800 S. Austin Ave., Suite 200
Georgetown, TX 78626
Telephone: (512) 582-2828
Facsimile: (512) 582-2829

*Counsel for*
*Brandywine Communications Technologies, LLC*